FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FENTON,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Respondent. | NO: 2:20-CV-174-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Petitioner Michael Fenton, a prisoner at the Coyote Ridge Corrections Center, presented this *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 on May 13, 2020, without an application to proceed *in forma pauperis* or payment of the $5.00 filing fee. ECF No. 1.

By Order filed June 10, 2020, the Court directed Petitioner to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts, by submitting a completed *in forma pauperis* application. ECF No. 5. In the alternative, Petitioner was advised that he could pay the full $5.00 filing fee. Petitioner was cautioned that his failure to do so would result in the dismissal of

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

1  this case. Petitioner has neither paid the filing fee nor sought *in forma pauperis*

2  status.

3      Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**

4  **WITHOUT PREJUDICE** for failure to comply with the filing fee or *in forma*

5  *pauperis* requirements of Rule 3(a), Rules Governing Section 2254 Cases in the

6  United States District Courts. All pending motions are **DENIED AS MOOT.**

7      **IT IS SO ORDERED.** The District Court Clerk is directed to enter this

8  Order, enter judgment, provide a copy to Petitioner at his last known address, and

9  close the file. The Court certifies that any appeal from this decision could not be

10  taken in good faith, and there is no basis upon which to issue a certificate of

11  appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of

12  appealability is therefore **DENIED.**

13      **DATED** July 20, 2020.

14

15                                *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
16                              United States District Judge

17

18

19

20

21

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2