# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL FENTON,

*Plaintiff*

v.

STATE OF WASHINGTON,

*Defendant*

Civil Action No.  2:20-CV-174-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The matter is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee or in forma pauperis requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson

Date:  July 20, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel

*(By) Deputy Clerk*

Angela Noel